UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60611-CIV-COHN/SELTZER

CHAVEZ PROPERTIES -- W.BROWARD, L.P.
d/b/a PARKING COMPANY OF AMERICA,

Plaintiff,

vs.

SCANNED

CITY OF FORT LAUDERDALE, FLORIDA,

Defendant.

_______________________________________/

**FINAL JUDGMENT**

THIS CAUSE is before the Court upon the separately entered order granting Defendant's Motion for Summary Judgment. Accordingly it is **ORDERED AND ADJUDGED** that Judgment is hereby entered on behalf of the City of Fort Lauderdale, and against the Plaintiff, Chavez Properties -- W.Broward, L.P., d/b/a Parking Company of America on Counts II and III of the Complaint filed in this case, and Plaintiff shall take nothing from Defendant in this action.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 27th day of February, 2008.

JAMES I. COHN
United States District Judge

Copies furnished to:

Counsel of record on CM/ECF